**In the United States District Court
for the Southern District of Georgia
Brunswick Division**

| | | |
|---|---|---|
| C.C. BORDEN CONSTRUCTION, INC., a Florida Corporation, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GLYNN COUNTY AIRPORT COMMISSION and GLYNN COUNTY, GEORGIA, | : | |
| | : | |
| Defendants. | : | NO. CV206-159 |

### O R D E R

Presently before the Court is the Glynn County Airport Commission's motion to dismiss. In support of its motion, it submitted a written settlement agreement, which it claims precludes Plaintiff's instant lawsuit. Ordinarily, where a court considers matters outside the pleadings when passing on a motion to dismiss, it must convert the motion to one for summary judgment, and comply with the notice provisions contained in Rule 56 of the Federal Rules of Civil Procedure.

See, e.g., Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

Plaintiff is hereby notified that Defendant's motion to dismiss shall be converted into a motion for summary judgment. In accordance with Rule 56(c), Plaintiff shall file any affidavits, or other material in opposition to the motion, within ten days of the date of this Order. Failure to so respond may result in the grant of summary judgment in Defendant's favor, if otherwise appropriate. Fed. R. Civ. P. 56(e).

SO ORDERED, this 21st day of November, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)