IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

C. C. BORDEN CONSTRUCTION,
INC., a Florida Corporation,

    Plaintiff,

v.

GLYNN COUNTY AIRPORT
COMMISSION and GLYNN
COUNTY, GEORGIA,

    Defendants.

CIVIL ACTION NO.: CV206-159

## ORDER

The parties have filed a Consent Motion to Stay Deadlines pending resolution of a settlement agreement. Said Motion is **DENIED**.

**SO ORDERED**, this 28th day of March, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)